IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
FEB - 5 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| PETE HERNANDEZ, § <br> Plaintiff § <br> § <br> V. § <br> § <br> JESUS SANCHEZ, JOHN SIKOSKI § <br> AND ROBERT ESCAMILLA § <br> Defendants § | Case No. 1:14-CV-492-LY |

## VERDICT FORM

### QUESTION 1

Do you find from a preponderance of the evidence that Defendant Jesus Sanchez violated Plaintiff Pete Hernandez's Fourth Amendment right to be protected from excessive force by using excessive force during the course of Mr. Hernandez's detention?

**Answer "Yes" or "No."**

Answer: __Yes__

### QUESTION 2

Do you find from a preponderance of the evidence that Defendant Robert Escamilla violated Plaintiff Pete Hernandez's Fourth Amendment right to be protected from excessive force by using excessive force during the course of Mr. Hernandez's detention?

**Answer "Yes" or "No."**

Answer: __No__

If you answered "Yes" to Question 1 or Question 2 or both, please proceed to the next page and answer Questions 3 and 4. If you answered "No" to both Questions 1 and 2, do not answer any more questions and proceed to the last page, and your Presiding Juror will sign the Verdict Form.

## QUESTION 3

Do you find from a preponderance of the evidence that Defendant John Sikoski violated Plaintiff Pete Hernandez's Fourth Amendment Right to be protected from excessive force by affirmatively participating in the use of excessive force during the course of Mr. Hernandez's detention?

**Answer "Yes" or "No."**

Answer: __No__

Please proceed to the next page.

## QUESTION 4

What do you find from a preponderance of the evidence to be the amount of money, if paid now in cash, that would fairly and reasonably compensate Plaintiff Pete Hernandez for the damages, if any, that he experienced as a result of his injuries?

Do not add any amount for interest on damages, if any. Answer in dollars and cents, if any.

    a.    Medical Expenses incurred in the past for his care and treatment;

Answer: $ 164,000.00

    b.    Medical expenses that, in reasonable probability, will be incurred in the future for his care and treatment;

Answer: $ 13,000.00

    c.    Physical pain and suffering and mental anguish in the past;

Answer: $ 300,000.00

    d.    Physical pain and suffering and mental anguish that, in reasonable probability, will be incurred in the future;

Answer: $ 150,000.00

    e.    Disfigurement in the past;

Answer: $ 0.00

Please proceed to the next page.

  f.  Disfigurement in the future;

Answer: $ 0.00

  g.  Physical impairment in the past; and

Answer: $ 30,000.00

  h.  Physical impairment in the future.

Answer: $ 220,000.00

There are no more questions. Please proceed to the next page and your Presiding Juror will sign the Verdict Form.

We, the jury, unanimously answered the preceding questions by a preponderance of the evidence, as instructed.

Submitted this __5th__ day of February, 2016, at __3:29__ o'clock __p__ m.

PRESIDING JUROR